```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 14421
   MARY F PIERSON
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

       Debtor
   SSN XXX-XX-6009
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/06/06 and confirmed on 03/16/07.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 104895.23 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHASE HOME EQUITY | CURRENT MORTG | .00 | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 3654.85 | .00 | 3654.85 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1673.61 | .00 | 1673.61 |
| BAXTER CREDIT UNION | UNSECURED | 939.54 | .00 | 939.54 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4417.09 | .00 | 4417.09 |
| CAPITAL ONE BANK | UNSECURED | 1502.18 | .00 | 1502.18 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2189.06 | .00 | 2189.06 |
| B FIRST LLC | UNSECURED | 2232.79 | .00 | 2232.79 |
| B FIRST LLC | UNSECURED | 1646.95 | .00 | 1646.95 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4859.38 | .00 | 4859.38 |
| CITI | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7687.62 | .00 | 7687.62 |
| DISCOVER BANK | UNSECURED | 4760.85 | .00 | 4760.85 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2988.24 | .00 | 2988.24 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7295.45 | .00 | 7295.45 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 12816.30 | .00 | 12816.30 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 2348.04 | .00 | 2348.04 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| KOHLS | UNSECURED | 920.03 | .00 | 920.03 |
| NORDSTROM FSB | UNSECURED | 15211.61 | .00 | 15211.61 |
| NORDSTROM FSB | UNSECURED | 2073.94 | .00 | 2073.94 |
| SPIEGEL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 13374.36 | .00 | 13374.36 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 904.89 | .00 | 904.89 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 860.67 | .00 | 860.67 |

Summary of disbursements:

```
                      SECURED      PRIORITY    UNSECURED        OTHER        TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00           .00     94357.45          .00     94357.45
PRINCIPAL PAID            .00           .00     94357.45          .00     94357.45
INTEREST PAID             .00           .00          .00          .00          .00
TOTAL PAID                .00           .00     94357.45          .00     94357.45
```

The Debtor's attorney, DAVID M SIEGEL                  , was allowed $   3000.00
and was paid $    376.00  direct and $   2624.00  through the plan.

The Trustee received $   4382.00 .

Refunds to the Debtor totaled $   3531.78 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/21/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE